1  ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2  MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102-3495
      Telephone: (415) 436-7031
6     FAX: (415) 436-6748
      adrienne.zack@usdoj.gov
7
Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  JUSTICE & DIVERSITY CENTER OF THE        )  CASE NO. 3:22-CV-8902-JCS
    BAR ASSOCIATION OF SAN FRANCISCO,        )
13                                           )
                                             )  **JOINT STIPULATION AND [PROPOSED]**
14          Plaintiff,                       )  **ORDER TO CONTINUE CASE MANAGEMENT**
                                             )  **CONFERENCE**
15       v.                                  )
                                             )
16  UNITED STATES DEPARTMENT OF              )
    HOMELAND SECURITY, et al.,               )
17                                           )
            Defendants.                      )
18  _____ )

19       Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request

20  that the Court continue the Case Management Conference currently set for May 19, 2023, *see* ECF No.

21  23, and all associated deadlines until November 3, 2023, at 2:00 p.m.

22       The parties request this change because they have reached an agreement regarding the scope of

23  the searches with all Defendants and regarding the pace of production with most of the Defendants.

24  Productions of records have commenced and will continue on a rolling basis.  The parties remain in

25  communication regarding the Freedom of Information Act requests at issue in this matter and are

26  seeking to resolve this matter without further litigation.

27       This is the parties' fifth request to modify the schedule in this case.  *See* Declaration of Adrienne

28  Zack ¶ 3.  The requested modification will not impact the schedule for the case because no further

STIP. TO CONTINUE CMC
CASE NO. 3:22-CV-8902-JCS

1   schedule has yet been set and because this matter is still in its initial stages.  Zack Decl. ¶ 4.

2

3   DATED: May 12, 2023                                    Respectfully submitted,

4   /s/ Lisa Weissman-Ward[1]                              ISMAIL J. RAMSEY
    LISA WEISSMAN-WARD                                     United States Attorney
5   Associate Director
6   Stanford Law School Immigrants' Rights Clinic         /s/ Adrienne Zack
    Attorneys for Plaintiff                                ADRIENNE ZACK
7                                                          Assistant United States Attorney
                                                           Attorneys for Defendant
8

9
                                    [PROPOSED] ORDER
10
            Pursuant to stipulation, IT IS SO ORDERED.  The Initial Case Management Conference is
11
    continued until November 3, 2023, at 2:00 p.m.  A joint case management statement is due one week
12
    prior.
13

14
    DATED:  May 17, 2023
15

16                                                         THE HON. JOSEPH C. SPERO
                                                           United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28  _____
    [1] In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of
    perjury that all signatories have concurred in the filing of this document.
    STIP. TO CONTINUE CMC
    CASE NO. 3:22-CV-8902-JCS